Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-411-500**

**Effective Date of Registration:**
July 19, 2024

**Registration Decision Date:**
September 06, 2024



---

## Title
**Title of Work:** Bamboo Bubble Bear

## Completion/Publication
**Year of Completion:** 2019
**Date of 1st Publication:** February 21, 2019
**Nation of 1st Publication:** Panama

## Author
- **Author:** Paula Alejandra Navarro
  **Pseudonym:** Pau Stark
  **Author Created:** 2-D artwork
  **Citizen of:** Panama

## Copyright Claimant
**Copyright Claimant:** Paula Alejandra Navarro
3rd Street, Juan Diaz, Panama City, 07101, Panama

## Limitation of copyright claim
**Material excluded from this claim:** Existing IP for the bear
**New material included in claim:** 2D Artwork, the attachment of the creature to a commodity, all other design elements

## Rights and Permissions
**Name:** Paula Alejandra Navarro
**Email:** paustark.illustration@gmail.com
**Address:** 3rd Street, Juan Diaz
Panama City 07101 Panama

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-411-479**

**Effective Date of Registration:**
July 19, 2024
**Registration Decision Date:**
September 06, 2024

---

## Title

**Title of Work:** Choco Bubble Bear

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** February 21, 2019
**Nation of 1st Publication:** Panama

## Author

- **Author:** Paula Alejandra Navarro
  **Pseudonym:** Pau Stark
  **Author Created:** 2-D artwork
  **Citizen of:** Panama

## Copyright Claimant

**Copyright Claimant:** Paula Alejandra Navarro
3rd Street, Juan Diaz, Panama City, 07101, Panama

## Limitation of copyright claim

**Material excluded from this claim:** Existing IP for the bear

**New material included in claim:** 2D Artwork, the attachment of the creature to a commodity, all other design elements

## Rights and Permissions

**Name:** Paula Alejandra Navarro
**Email:** paustark.illustration@gmail.com
**Address:** 3rd Street, Juan Diaz
Panama City 07101 Panama

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-411-503**

**Effective Date of Registration:**
July 19, 2024
**Registration Decision Date:**
September 06, 2024

## Title

**Title of Work:** Snowflake Bubble Bear

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** February 21, 2019
**Nation of 1st Publication:** Panama

## Author

- **Author:** Paula Alejandra Navarro
  **Pseudonym:** Pau Stark
  **Author Created:** 2-D artwork
  **Citizen of:** Panama

## Copyright Claimant

**Copyright Claimant:** Paula Alejandra Navarro
3rd Street, Juan Diaz, Panama City, 07101, Panama

## Limitation of copyright claim

**Material excluded from this claim:** Existing IP for the bear

**New material included in claim:** 2D Artwork, the attachment of the creature to a commodity, all other design elements

## Rights and Permissions

**Name:** Paula Alejandra Navarro
**Email:** paustark.illustration@gmail.com
**Address:** 3rd Street, Juan Diaz
Panama City 07101 Panama

Page 1 of 2

